UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACKIE SHEPHERD, #158680,

        Plaintiff,

                                        CASE NO. 2:06-CV-13804
v.                                      HONORABLE GERALD E. ROSEN

CITY OF DETROIT POLICE DEPARTMENT,

        Defendant.
_____/

## JUDGMENT

      The above-entitled matter having come before the Court on a civil rights complaint pursuant to 42 U.S.C. § 1983, Honorable Gerald E. Rosen, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

      **IT IS ORDERED AND ADJUDGED** that the Complaint is **DISMISSED WITHOUT PREJUDICE.**

      **IT IS SO ORDERED.**

                                              s/Gerald E. Rosen
                                              **Gerald E. Rosen**
                                              **United States District Judge**

**Dated: September 19, 2006**

**I hereby certify that a copy of the foregoing document was served upon counsel of record on September 19, 2006, by electronic and/or ordinary mail.**

                                              s/LaShawn R. Saulsberry
                                              **Case Manager**